PROB 12C
(12/04)

# United States District Court
## for the
### District of Kansas
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Toni D. Falcon                                    Case Number: 6:98CR10035-001

Name of Sentencing Judicial Officer:     Honorable Monti L. Belot, U.S. District Judge

Date of Original Sentence:     01/07/99

Original Offense:     Distribution of Methamphetamine and Possession with Intent to Distribute
Methamphetamine

Original Sentence:     54 months BOP followed by 4 years TSR

Type of Supervision:     Supervised Release        Date Supervision Commenced:     08/27/02

Asst. U.S. Attorney:     Lanny Welch        Defense Attorney:     Steven Ariagno

---

## PETITIONING THE COURT

[ ]     To issue a warrant
[X]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition #7: "The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."**<br><br>The defendant submitted urine samples on 11/26/04, 12/05/04, 12/09/04, and 12/20/04, which were subsequently confirmed positive for the use of cocaine. Further, on 11/09/04, the defendant submitted a urine sample which tested positive on a preliminary drug screen for the use of cocaine. The defendant acknowledged using cocaine and signed an admission of use form. This sample was not submitted to the lab for confirmation, and is therefore, not being counted for the purposes of mandatory revocation. *For the purposes of applying the provisions of 18 U.S.C.§§ 3565(b)(4) or 3583(g)(4) (mandatory revocation for submitting more than three (3) positive drug tests in a 12 month period), the defendant has submitted four (4) confirmed positive samples.* |
| 2 | **Standard Condition: "The defendant shall not commit another federal, state, or local crime."** |

Prob 12C                                          -2-                        Petition for Warrant or Summons
                                                                                for Offender Under Supervision

Name of Offender: Toni D. Falcon                              Case Number: 6:98CR10035-001

On 11/07/04, the defendant was arrested by the Wichita Police Department for Unlawful Possession of Narcotics and Carry Concealed Weapon (Case No. 04C87282). Contact with Detective Brad Wise indicates they do plan to charge this case in Municipal Court. Evidence in support of this violation is the WPD police report, and testimony by Detective Brad Wise and Officer Jason Carr.

U.S. Probation Officer Recommendation:

The term of supervision should be:

     [X]    Revoked
     [ ]    Extended for  year(s), for a total term of  years.

[  ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     January 12, 2005

Approved:                                        s/Toni Corby

                                                 Toni Corby
     s/Bill Martin                            U.S. Probation Officer

     SUSPO

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant.  Petition and warrant sealed and not to be distributed to counsel of record.  Unsealed upon arrest.
[X]    The Issuance of a Summons
[  ]    Other

                                      s/Monti Belot

                                      Signature of Judicial Officer

                                        1/13/05

                                        Date

cc: AUSA/ Wichita- Criminal Chief Legal Assistant