PROB 12C
(12/04)

**FILED**

# United States District Court
## for the
### District of Kansas
### Petition for Warrant or Summons for Offender Under Supervision

AUG 05 2005

RALPH L. DeLOACH, CLERK
By _____ Deputy

**SEALED**

Name of Offender: Toni D. Falcon

Case Number: 6:98CR10035-001

Name of Sentencing Judicial Officer:    Honorable Monti L. Belot, U.S. District Judge

Date of Original Sentence:    01/07/99

Original Offense:    Distribution of Methamphetamine and Possession with Intent to Distribute Methamphetamine

Original Sentence:    54 months BOP followed by 4 years TSR

Type of Supervision:    Supervised Release    Date Supervision Commenced:    08/27/02

Asst. U.S. Attorney:    Lanny Welch    Defense Attorney:    To be assigned

---

## PETITIONING THE COURT

[X]    To issue a warrant
[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #7: "The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."** |

The defendant submitted a urine sample on 07/20/05, which was subsequently confirmed positive for the use of cocaine. *For the purposes of applying the provisions of 18 U.S.C.§§ 3565(b)(4) or 3583(g)(4) (mandatory revocation for submitting more than three (3) positive drug tests in a 12 month period), the defendant has submitted five (5) confirmed positive samples.*

114

Prob 12C                                    -2-                    Petition for Warrant or Summons
                                                                  for Offender Under Supervision

Name of Offender: Toni D. Falcon                    Case Number: 6:98CR10035-001

U.S. Probation Officer Recommendation:

The term of supervision should be:

    [X]    Revoked
    [ ]    Extended for  year(s), for a total term of  years.

[ ]    The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 3, 2005

Approved:

_Bill Martin_
SUSPO

_Toni Corby_
Toni Corby
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant.  Petition and warrant sealed and not to be distributed to counsel
        of record.  Unsealed upon arrest.
[✓]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

_____8/5/05_____
Date


cc: AUSA/ Wichita- Traci Wilnerd