PROB 12C
(12/04)

# United States District Court

## for the
### District of Kansas

**Petition for Warrant or Summons for Offender Under Supervision**

**FILED**

FEB 07 2007

RALPH L. DeLOACH, CLERK

Name of Offender: Gary M. Peloza                    Case Number: 6:98CR10035-002

Name of Sentencing Judicial Officer:    Honorable Wesley E. Brown, Senior U.S. District Judge

Date of Original Sentence:    01/11/99

Original Offense:    Possession With Intent to Distribute Methamphetamine    **SEALED**

Original Sentence:    120 months in prison; 5 years supervised release

Type of Supervision:    Term of Supervised          Date Supervision Commenced:    02/02/2007
                        Release

Asst. U.S. Attorney:    Michael Christensen      Defense Attorney:  Not assigned

---

## PETITIONING THE COURT

[X]    To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1.          **Mandatory Condition- "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test with fifteen (15) days of release from imprisonment and at least two (2) periodic drug tests thereafter, as directed by the probation officer."**

On 02/05/07, the defendant refused to submit a urine sample for drug testing as directed by USPO Day. *If the Court finds that the defendant refuses to comply with drug testing imposed as a condition of supervised release, the Court is required to revoke supervision and impose a sentence that includes a term of imprisonment. 18 U.S.C.3583(g)(3).*

2.          **Special Condition #1- "The defendant shall participate in an approved program for substance abuse treatment, which may include drug and alcohol testing, counseling and inpatient treatment, and pay the costs of the treatment based on the ability to pay, at the direction of the United States Probation Office."**

On 02/05/07, the defendant refused to comply with the directives of the U.S. Probation Office to report for substance abuse treatment and drug and alcohol testing at DCCCA Options Adult Services. The defendant refused to sign the Client Responsibilities Form which provides an explanation of the substance abuse treatment and drug testing programs at Options Adult Services and directed him to begin calling the code-a-phone program on 02/06/07. The defendant also refused to sign a Release of Information Form for Options Adult services, writing on the signature line instead, "offer rejected." The defendant stated that he did not wish to purchase the services offered and would not

Prob 12C                                  -2-                    Petition for Warrant or Summons
                                                                  for Offender Under Supervision

Name of Offender: Gary M. Peloza                                Case Number: 6:98CR10035-002

participate in said services.

U.S. Probation Officer Recommendation:

The term of supervision should be:

    [X]    Revoked

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 6, 2007

Approved:

_Bill Martin_
SUSPO

Roy E. Day
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel
      of record. Unsealed upon arrest.
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

2/7/07
Date

cc: AUSA