AO 245D (Rev.12/03) - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Kansas

UNITED STATES OF AMERICA
v.
GARY M. PELOZA

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:    6:98CR10035-002

USM No.:    08624-031

Pro se
Defendant's Attorney

## THE DEFENDANT:

[ ]    admitted guilt to violation of condition(s) __ of the term of supervision.
[**x**]    was found in violation of condition(s) <u>mandatory and special</u> after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Submit Urine Sample for Mandatory Drug Testing | 02/05/07 |
| 2 | Failure to Participate in Substance Abuse Treatment and/ or Testing as Directed by the U.S. Probation Office | 02/05/07 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    xxx-xx-0762

Defendant's Date of Birth:    1958

Defendant's Residence Address:
Wichita, KS

Defendant's Mailing Address:
Wichita, KS

02/21/07
Date of Imposition of Judgment

 s/Wesley E. Brown
Signature of Judge

Honorable Wesley E. Brown, Senior U. S. District Judge
Name & Title of Judge

 2/22/2007
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations---Imprisonment

<table>
<tr><td>DEFENDANT:</td><td>GARY M. PELOZA</td><td>Judgment - Page 2 of 2</td></tr>
<tr><td>CASE NUMBER:</td><td>6:98CR10035-002</td><td></td></tr>
</table>

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>36 months</u> .

[ ]     The Court makes the following recommendations to the Bureau of Prisons:

[**x**]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.

    [ ] at ___ on ___.

    [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before _ on ___.

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal